UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. SECRETARY OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>    Defendants. | No. 2:24-cv-3761-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 5, 9) |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 20, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 9. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 20, 2025, are adopted in full;

1

2. The action is dismissed without prejudice for failure to prosecute;

3. Defendant's motion to dismiss (ECF No. 7) is DENIED AS MOOT; and

4. The Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated: __August 11, 2025__

_____
Dena Coggins
United States District Judge

2